UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT J. SULLIVAN and MARY SULLIVAN, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 12-cv-11690-IT |
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., | * * * | |
| Defendant. | * | |

ORDER

May 1, 2015

TALWANI, D.J.

After a Hearing on April 29, 2015, the court hereby orders as follows:

1. Defendant's <u>Motion for Application of Chinese Substantive Law to Plaintiffs' Claims and Request for Dismissal Pursuant to China's Statute of Limitations</u> [#51] shall be converted to a motion for summary judgment based on Defendant's statute of limitations defense.

2. Defendant shall file a Rule 56.1 statement of material facts in support of its motion for summary judgment by June 22, 2015. Defendant may (but is not required to) file a supplemental memorandum, not to exceed 5 pages, in support of its motion by June 22, 2015. The Rule 56.1 statement and supplemental memorandum shall be limited to facts and law relevant to the choice-of-law question with regards to the statute of limitations.

3. Plaintiffs shall file a statement of disputed facts pursuant to Rule 56.1 by July 15, 2015. Plaintiffs may (but are not required to) file a supplemental memorandum, not

to exceed 5 pages, in opposition to Defendant's motion for summary judgment by July 15, 2015.  The Rule 56.1 statement and supplemental memorandum shall be limited to facts and law relevant to the choice-of-law question with regards to the statute of limitations.

4. Defendant may file a reply to Plaintiffs' opposition by July 22, 2015.

5. A hearing on Defendant's motion for summary judgment is scheduled for July 28, 2015, at 3:30 p.m.

IT IS SO ORDERED.

May 1, 2015                                              /s/ Indira Talwani
                                                                        United States District Judge